



George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

In re:  )  Case No. 07-40065
   )  Chapter 7
**JEFFREY DALE GREGORY**  )
**SONYA MCABEE GREGORY,**  )
   )
   Debtors.  )

### ORDER

This matter comes before the court upon the male debtor's "Plea for Summary Judgement," which the court will treat as the male debtor's motion to dismiss the Chapter 7 Trustee's appeal of the court's December 12, 2007, Order denying the Trustee's Motion for Authority to Settle Controversy. This court is not the appropriate forum to rule on the debtor's motion to dismiss an appeal of its own order. Accordingly, the court will take no action on this pleading. The Clerk is instructed to transmit this document to the United States District Court for the Western District of North Carolina so that it may take whatever

action it deems appropriate with respect to the "Plea for Summary Judgement".

| | |
|---|---|
| **This Order has been signed electronically.** <br> **The Judge's signature and Court's seal** <br> **appear at the top of the Order.** | **United States Bankruptcy Court** |